DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
MARIE BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

JAY L. POMERANTZ (CSB No. 209869)
jpomerantz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Attorneys for Defendants
SentinelOne, Inc., Tomer Weingarten, and David Bernhardt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NYREN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SENTINELONE, INC., TOMER WEINGARTEN, and DAVID BERNHARDT,<br><br>Defendants. | Case No.: 4:23-CV-02982-HSG<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

WHEREAS, this action is a proposed class action alleging violations of the federal securities laws against SentinelOne, Inc., Tomer Weingarten and David Bernhardt (collectively, "Defendants");

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "PSLRA"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the PSLRA provides for appointment of a Lead Plaintiff to act on behalf of the purported class, which appointment shall not be made until after any motion to consolidate is decided (15 U.S.C. § 78u- 4(a)(3)(B)(ii));

WHEREAS, motions for consolidation and appointment of lead plaintiff were filed on August 7, 2023 in the related action entitled, *Johansson v. SentinelOne, Inc., et al.*, Case No. 4:23-cv-02786-HSG ("*Johansson*");

WHEREAS, the approval of lead counsel will follow the Court's decision on the Lead Plaintiff and Consolidation Motion(s), which are currently set for hearing in the *Johansson* action on October 5, 2023;

WHEREAS, the parties expect Lead Plaintiff will thereafter file an amended complaint;

WHEREAS, Defendants anticipate moving to dismiss Lead Plaintiff's complaint and that counsel for Defendants and counsel for the Court-appointed Lead Plaintiff will submit a briefing schedule to the Court in connection with any such motion(s);

WHEREAS, because the PSLRA provides for (i) the consolidation of similar actions; (ii) appointment of Lead Plaintiff; and (iii) the filing of a single consolidated complaint by Lead Plaintiff, requiring Defendants to respond to the existing complaint would result in the needless expenditure of private and judicial resources;

STIP. AND ORDER EXTENDING TIME
TO RESPOND AND CONTINUING CMC
                                      2                          Case No.: 4:23-CV-02982-HSG

WHEREAS, unless otherwise ordered by the Court, all discovery is stayed during the pendency of any motion to dismiss under the PSLRA (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, on June 20, 2023, the Court issued an Initial Case Management Scheduling Order (ECF No. 5) in the above-captioned action with the following deadlines:

1. August 29, 2023 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Local Rules" or "Civil L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding initial disclosures, early settlement, ADR process, and discovery planning;

2. September 12, 2023 for the parties to file a Case Management Statement, a Rule 26(f) Report, or state any objections, and complete initial disclosures; and

3. September 19, 2023 at 2:00 p.m. for an Initial Case Management Conference; and

WHEREAS, on August 21, 2023, the parties filed a Stipulation and [Proposed] Order Extending Time for Defendants to Respond to Complaint and Continuing Case Management Conference and Associated Deadlines (ECF No. 16), which stipulation remained pending before the Court at the time of reassignment;

WHEREAS, on August 30, 2023, this action was related to *Johansson* and reassigned to this Court (ECF No. 19);

WHEREAS, following reassignment, on August 31, 2023, this Court issued a notice resetting the Case Management conference for September 26, 2023 at 2:00 p.m. and requested that the parties file a Case Management Statement by September 19, 2023 (ECF No. 20);

WHEREAS, counsel for the parties respectfully submit that because the pleadings are not yet set, and because, absent court order, discovery is stayed pending any motion(s) to dismiss, good cause exists to vacate the existing September 26, 2023 Initial Case Management Conference

1  and associated deadlines until after such time as the Court has ruled on the appointment of Lead
2  Plaintiff and lead counsel, as well as any motion(s) to dismiss;
3      IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the
4  undersigned counsel for the parties, that:

    i.    Pursuant to Civil L.R. 6-1(a), the Defendants' obligation to answer, move, or otherwise respond to the complaint is extended until after the appointment of a Lead Plaintiff and lead counsel;

    ii.    Within ten (10) days of the appointment of a Lead plaintiff and approval of lead counsel, counsel for Defendants and counsel for the Court-appointed Lead Plaintiff shall meet and confer and submit to the Court a mutually agreeable schedule for the filing of a consolidated or amended complaint and Defendants' responses thereto;

    iii.    Pursuant to Civil L.R. 16-2, the Initial Case Management Conference on September 26, 2023 is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset for a date that is 30 days after the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's complaint, or such other date as the Court shall determine to be appropriate; and

    iv.    All associated ADR program deadlines likewise be deferred.

Dated:    August 31, 2023        FENWICK & WEST LLP

                                              By:  */s/ Marie Bafus*
                                                       Marie Bafus

                                        Attorneys For Defendants
                                        SentinelOne, Inc., Tomer Weingarten, and David Bernhardt

FENWICK & WEST LLP

Dated: August 31, 2023 POMERANTZ LLP

By: */s/ Jennifer Pafiti*
Jennifer Pafiti

Attorney for Plaintiff
Christopher Nyren

Pursuant to Civil L.R. 5-1(h)(3), all signatories concur in filing this stipulation.

Dated: August 31, 2023 FENWICK & WEST LLP

By: */s/ Marie Bafus*
Marie Bafus

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/5/2023

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge